**DISMISS; Opinion Filed November 7, 2013.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00445-CV

### QUINTON MCCRIGHT, Appellant
### V.
### BANK OF AMERICA, Appellee

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-00807-C

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Moseley

The clerk's record in this case is overdue. By letter dated June 13, 2013 we notified appellant that the Dallas County Clerk's office had informed the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court within ten days either (1) written verification of payment or payment arrangements for the clerk's record; or (2) written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that if we did not receive the required documentation, we might dismiss the appeal for want of prosecution. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

/Jim Moseley/
_____
JIM MOSELEY
JUSTICE

130445F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

QUINTON MCCRIGHT, Appellant

No. 05-13-00445-CV     V.

BANK OF AMERICA, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-00807-C.
Opinion delivered by Justice Moseley.
Justices Lang and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA recover its costs of this appeal from appellant QUINTON MCCRIGHT.

Judgment entered this 7th day of November, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE